

OCT 27 2011

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 7:04cr00072-4** |
| **v.** | ) | **2255 FINAL ORDER** |
| **OTIS ANTONIO SMITH.** | ) | **By: Samuel G. Wilson**<br>**United States District Judge** |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED**

that Smith's 28 U.S.C. § 2255 motion (Docket No. 672) is **DISMISSED without prejudice** as successive; and this case is hereby **STRICKEN** from the active docket of the court.

Further, finding that Smith has failed to make the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 26th day of October, 2011.

United States District Judge